\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_____NORTHERN_____ DISTRICT OF _____NEW YORK_____

JUDGMENT IN A CIVIL CASE

DOCKET NO 1:02-CV-0526 (LEK/RFT)

---

**CATHERINE A. PAGE, as Parent and Natural Guardian on behalf of BRITTANY, Infant; and MELISSA, Infant,**

                **Plaintiffs,**

   -against-

**PATRICIA MONROE, M.D., ADIRONDACK INTERNAL MEDICINE AND PEDIATRICS, P.C.,** *et al*

                **Defendants/Cross-Plaintiffs**

   -against-

**RANDY QUAYLE, PH.D., Individually, ROBERT SCHILLER, Individually, LAKE PLACID CENTRAL SCHOOL DISTRICT, ST. AGNES SCHOOL, DIOCESE OF OGDENSBURG, NANCY LEWIS, Individually, CRISIS CENTER OF CLINTON, ESSEX AND FRANKLIN COUNTIES, INC., JULIE FERGUSON, Individually, THE COUNTY OF ESSEX, NEW YORK, ESSEX COUNTY MENTAL HEALTH, ESSEX COUNTY DEPARTMENT OF SOCIAL SERVICES, and ESSEX COUNTY CHILD PROTECTIVE SERVICES,**

                **Cross-Defendants.**

---

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiffs, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated May 16, 2007.

DATE: __May 16, 2007__            *LAWRENCE K. BAERMAN*
                                                 CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**